Tricia B. O'Reilly
Marc D. Haefner
Mariel Belanger
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, Floor 15
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Defendants*
*Prudential Financial Inc. and*
*Pruco Life Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOYLE C. STONE, individually, and for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC., PRUCO LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.: 21-CV-1551 (SDW/LDW)<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>*Electronically Filed*<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that on May 17, 2021 or as soon as counsel may be heard, the undersigned, attorneys for Defendants Prudential Financial, Inc. and Pruco Life Insurance Company ("Defendants"), shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for the entry of an Order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure

12(b)(1) and/or 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the Defendants shall rely upon the accompanying Brief, Declaration of Tricia B. O'Reilly with exhibits 1-19 annexed thereto, and any subsequent Reply Brief, together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  April 16, 2021 WALSH PIZZI O'REILLY FALANGA LLP

s/*Tricia B. O'Reilly*
Tricia B. O'Reilly
Marc D. Haefner
Mariel Belanger
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, Floor 15
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Defendants*
*Prudential Financial Inc. and*
*Pruco Life Insurance Company*